PERCY M. MOTT, Appellant, *v.* ALEXANDER MOLDENHAUER, Respondent.

Submitted October 6, 1941; decided December 10, 1941.

*Arthur B. Ewig* for motion.

*Guido J. Napoletano* opposed.

Motion granted and appeal dismissed, without costs.